| | | | |
|---|---|---|---|
| Com. v. Segraves ... | 07/07/2016178 MAL (2016) | Denied | Pa.Super., 141 A.3d 594 |
| Com. v. Settles ..... | 06/08/201645 WAL (2016) | Denied | Pa.Super., 136 A.3d 1030 |
| Com. v. Shaw ...... | 06/22/201699 EAL (2016) | Denied | Pa.Super., 141 A.3d 598 |
| Com. v. Simeone ... | 06/08/201680 MAL (2016) | Denied | Pa.Super., 135 A.3d 668 |
| Com. v. Smith...... | 07/07/2016196 MAL (2016) | Denied | Pa.Super., 141 A.3d 592 |
| Com. v. Steel....... | 06/29/2016113 EAL (2016) | Denied | Pa.Super., 141 A.3d 602 |
| Com. v. Thomas .... | 07/07/2016104 EAL (2016) | Denied | Pa.Super., 141 A.3d 605 |
| Com. v. Tuan Anh Le .............. | 06/29/201673 MAL (2016) | Denied | Pa.Super., 135 A.3d 668 |
| Com. v. Valentine .. | 06/22/201672 EAL (2016) | Denied | Pa.Super., 141 A.3d 589 |
| Com. v. Venable .... | 07/14/201692 WAL (2016) | Denied | Pa.Super., 141 A.3d 588 |
| Com. v. Walker..... | 07/07/2016244 MAL (2016) | Denied | Pa.Super., 144 A.3d 203 |
| Com. v. Walls ...... | 07/06/201670 EAL (2016) | Denied | Pa.Super., 134 A.3d 495 |
| Com. v. Weedon.... | 06/22/2016125 MAL (2016) | Denied | Pa.Super., 136 A.3d 1032 |
| Com. v. Wesby ..... | 06/30/2016133 EAL (2016) | Denied | Pa.Super., 144 A.3d 187 |
| Com. v. West....... | 06/22/201687 WAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |
| Com. v. Williams ... | 06/22/2016167 MAL (2016) | Denied | Pa.Super., 141 A.3d 584 |
| Com. v. Willie ...... | 06/16/201666 WAL (2016) | Denied | Pa.Super., 136 A.3d 1034 |